# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AMBER DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 25-1803** |
| **SEQUOIA CAPITAL OPERATIONS LLC ET AL** | **SECTION: "H" (4)** |

## ORDER

The Court, having considered the motion, response, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and having reviewed and consiered Plaintiff Amber Doe's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that Plaintiff Amber Doe's claims as to Counts 1-4, 8-62, be dismissed against all Defendants with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff Amber Doe's claims as to Count 5 be dismissed against all Defendants without prejudice to be filed in the correct venue.

New Orleans, Louisiana, this 2nd day of February 2026.

_____
**HONORABLE JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**